■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANCE MERLINO, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Marasco, J.), rendered November 20, 1986.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636). Thompson, J. P., Kunzeman, Eiber, Rosenblatt and Ritter, JJ., concur.